AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRUCE A. ROTH, D. O., et al.,**
    **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-1173**

**THE PRESIDENT AND BOARD OF TRUSTEES OF OHIO UNIVERSITY, et al.,**
    **Defendants.**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 5, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 5, 2010                          JAMES BONINI, CLERK

                                                             */S/ Andy F. Quisumbing*
                                                             (By) Andy F. Quisumbing
                                                             Courtroom Deputy Clerk