AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRUCE A. ROTH, D. O., et al.,**
       **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-1173**

**THE PRESIDENT AND BOARD**    **JUDGE EDMUND A. SARGUS, JR.**
**OF TRUSTEES OF OHIO**    **MAGISTRATE JUDGE TERENCE P. KEMP**
**UNIVERSITY, et al.,**
       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 5, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 5, 2010                     JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk